Writ of Mandamus Denied, Opinion issued November 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01449-CV

## IN RE THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, Relator

Original Proceeding from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-07946

# MEMORANDUM OPINION

Before Justices Moseley, FitzGerald, and Myers
Opinion by Justice Myers

Before the Court is relator's unopposed motion to dismiss. The Court **GRANTS** the motion.

Accordingly, we **DISMISS** relator's petition for writ of mandamus and **LIFT** the stay ordered by

this Court on October 26, 2012.

LANA MYERS
JUSTICE

121449F.P05